| AO-10 (WP)<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br><br>SLOVITER, DOLORES K. | 2. Court or Organization<br>United States Court of Appeals<br>for the Third Circuit | 3. Date of Report<br><br>5/15/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge - Active | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>1/1/04 to 12/31/04 |
| 7. Chambers or Office Address<br>18614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Board of Trustees | National Constitution Center |
| 2 Executrix | Estate of ▮▮▮▮▮ |
| 3 Chair 2003, 2004 | Pennsylvania State Committee of Selection for Rhodes Scholars |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | | |
|---|---|---|---|
| 1 | Salary | Temple University, Phila., PA | $ 9,522.00 |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

| 1 | | |
|---|---|---|
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Attending Moot Court Competition at Pace University | 2/21-22/04 - White Plains, New York (TRANSPORTATION, FOOD, HOTEL) |
| 2 | Attending FJC Workshop for Judges of Second and Third Circuits | 4/26-27/04 - New Paltz, New York (TRANSPORTATION, FOOD, HOTEL) |
| 3 | Attending ABA Annual Meeting - Speaker | 8/7-8/04 - Atlanta, Georgia (TRANSPORTATION, FOOD, HOTEL) |
| 4 | Attending Third Circuit Judicial Conference | 11/3-5/04 - Hershey, PA (TRANSPORTATION, FOOD, HOTEL) |
| 5 | Attending Pennsylvania Rhodes Scholarship Selection Committee | 11/16-17/04 - Pittsburgh, PA (TRANSPORTATION, FOOD, HOTEL) |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=25,000,001-50,000,000     P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/05 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 SEE ATTACHED PAGES 1-12 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Exelon - com. stock | A | Div. | L | T | Inherited 9/15 | | | | |
| GE - com. stock | B | Div. | M | T | | | | | |
| IT&T Industries - com. stock | A | Div. | J | T | | | | | |
| Hartford Fin. Services - com. stock | A | Div. | K | T | | | | | |
| PSEG - com. stock | A | Div. | K | T | | | | | |
| Rayonier - com. stock | A | Div. | J | T | | | | | |
| Sara Lee - com. stock | A | Div. | K | T | | | | | |

---

1. Income/Gain Codes:   A = $1,000 orless   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 orless   K = $15,001 to $50,000
   L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment   T = Cash/market U = Book value   V = ●ther
   W = Estimated

VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| SBC - com. stock | B | Div. | M | T | Inherited 9/15 | | | | |
| Im-it Ins. Mun. Inv. Tr. - Ser. 16 | A | Int. & p'al | | T | Sold | 6/25 | J | A | |
| Vanguard Mun. Bond Funds | F | Div. & cap. gain | P | T | periodic deposits and redemptions - see VIII | | | | |
| Vanguard Wind-sor II | D | Div. & cap. gain | N | T | periodic deposits - see VIII | | | | |
| Vanguard Star Fund | B | Div. | L | T | | | | | |
| Vanguard 500 Index Fund | A | Div. | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment      T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | **If not exempt from disclosure** | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/seller |
| Allegheny, PA, 6.0%, '11 | A | Int. | J | T | | | | | |
| Bucks County W & S, 5%, '22 | A | Int. | J | T | | | | | |
| Conrad Weiser S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Conrad Weiser Area S.D., 6.85%, '14 | B | Int. & cap. gain | | T | Sold | 12/15 | J | A | |
| Dauphin Cty., 4.4%, '19 | A | Int. | J | T | | | | | |
| Dauphin Cty., 4.5%, '26 | None | | J | T | Purch. | 12/10 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity from buyer/ seller |
| Fleetwood, 5.65%, '11 | A | Int. | J | T | | | | | |
| Gettysburg, 5%, '13 | A | Int. | | T | Sold | 6/1 | J | None | |
| Greater Johnstown, 5%, '08 | A | Int. | J | T | | | | | |
| Hempfield S.D., 5%, '07 | A | Int. | | T | Sold | 10/15 | J | None | |
| Lancaster, 6%, '14 | A | Int. & cap. gain | | T | Sold | 5/15 | J | A | |
| Lower Merion S.D., 4.8%, '25 | A | Int. | K | T | | | | | |

---

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| Lower Merion Twp. 5.125%, '18 | B | Int. | K | T | | | | | |
| Luzerne, 5.6%, '16 | A | Int. | J | T | | | | | |
| Manheim S.D., 6.1%, '14 | A | Int. & cap. gain | | T | Sold | 5/15 | J | A | |
| Muhlenberg, PA, 5.25%, '12 | A | Int. | J | T | | | | | |
| Muhlenberg, PA, 5%, '23 | A | Int. | K | T | | | | | |
| Northampton Cty., 6%, '19 | B | Int. & cap. gain | | T | Sold | 10/15 | K | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Iden-tity from buyer/seller |
| Pa. St. Higher Ed. Fac. Auth., 5.25%, '10 | A | Int. | J | T | | | | | |
| Penna. Inter-govt'l, 5 1/4%, '17 | A | Int. | J | T | | | | | |
| Penna., 5 3/4%, '18 | B | Int. | K | T | | | | | |
| Pa. Higher Ed., 6 1/8%, '10 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5% '23 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5%, '23 | A | Int. | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes: J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets — Place "(X)" after each asset exempt prior disclosure | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | If not exempt from disclosure Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/seller |
| Pa. Turnpike, 4.75%, '27 | A | Int. | J | T | Purch. | 4/28 | | | |
| Pa. St. Ed. Fin. A., 5.625%, '27 | B | Int. | K | T | | | | | |
| Phila. W & W, 5.5%, '14 | A | Int. | J | T | | | | | |
| Phila. Parking, 5.125%, '24 | A | Int. | J | T | | | | | |
| Pittsburgh, 5%, '21 | A | Int. | J | T | | | | | |
| Pleasant Valley, Pa., 5.1%, '12 | A | Int. | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001 to $2,500  C = $2,501 to $5,000   D = $5,001 to $15,000    E = $15,001 to $50,000  F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:         J = $15,000 or less         K = $15,001 to $50,000  L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000  O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)  S = Assessment       T = Cash/market  U = Book value  V = Other  W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Southern Lehigh S.D., 5.2%, '18 | B | Int. | K | T | | | | | |
| | | Inherited additional bond - same series | | | | | | | |
| Springfield, 5.2%, '17 | A | Int. | J | T | | | | | |
| Suburban Lancas-ter Swr. Auth., 6%, '17 | B | Int. | K | T | | | | | |
| Susquehanna Twp. Auth. Pa., 6%, '13 | A | Int. | J | T | | | | | |
| Upper Dublin, 5%, '14 | A | Int. | J | T | | | | | |
| West Brandywine Twp., 5.4%, '14 | A | Cap. gain | J | T | Sold | 1/12 | J | A | |

---

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001 to $50,000
   L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
   S = Assessment     T = Cash/market U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| West Chester, 5.45%, '12 | A | Int. & cap. gain | | T | Sold | 2/1 | J | A | |
| Wilkes-Barre Area S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Wachovia Accts. | A | Int. | K | T | | | | | |
| Lancaster S.D., 6%, '11 | A | Int. | | T | Sold | 5/18 | J | A | |

Estate of ▇▇▇▇  (all assets liquidated or transferred by 12/31/04 except MetLife, first found in 2005)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| American Tel. & Tel. - com. stock | A | Div. | | T | Sold | 9/20 | J | | |

---

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (real estate only)
   S = Assessment   T = Cash/market U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A.<br><br>Description of Assets<br><br>Place "(X)" after each asset exempt prior disclosure | B.<br><br>Income during period | | C.<br><br>Gross Value at end of period | | D.<br><br>Transactions during period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | | |
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| AWE (spinoff from AT&T) | | None | | T | Sold | 9/30 | J | | |
| Comcast (spinoff from AT&T) | | None | | T | Trans-ferred as share of Estate | 9/15 | J | | |
| Exelon - com. stock | B | Div. | | T | Trans-ferred as share of Estate | 9/15 | L | | |
| Lucent Technolo-gies - com. stock | | None | | T | Sold | 9/30 | J | | |
| SBC - common stock | B | Div. | | T | Trans-ferred as share of Estate | 9/15 | M | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Abington S.D., 5.1%, '04 | A | Int. | | T | Sold | 5/24 | J | | |
| Del. Pa. & NJ Riv., 5.4%, '14 | A | Int. | | T | Trans- ferred as share of Estate | 9/22 | J | | |
| No. Wales, 6.1%, '04 | A | Int. | | T | Sold | 11/8 | J | | |
| Pa. Higher Educ., 6 1/8%, '10 | A | Int. | | T | Trans- ferred as share of Estate | 9/22 | J | | |
| Southern Lehigh S.D., 5.2%, '18 | B | Int. | | T | Trans- ferred as share of Estate | 9/22 | J | | |

1. Income/Gain Codes:    A = $1,000 or less       B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G ≈ $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment       T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS — income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/seller |
| MetLife, Inc.* - com. stock | A | Div. | J | | | | | | |

* ins. co. had become stock co.

---

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:     J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment      T = Cash/market  U = Book value  V = Other
   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

In my Report as of 12/31/03, I neglected to note that on 12/30/03 I had transferred a small amount from a Vanguard Municipal Bond Fund to Vanguard 500 Index Fund, which because it is not a Vanguard Municipal Bond Fund, should have been separately noted – Value J, Income A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _5/11/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544